**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-7443**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JEROME PREZZY,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior
District Judge.  (CR-95-430-5, CA-98-1329-5)

─────────

Submitted:  March 23, 1999          Decided:  April 1, 1999

─────────

Before ERVIN, LUTTIG, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Jerome Prezzy, Appellant Pro Se.  Marvin Jennings Caughman, As-
sistant United States Attorney, Columbia, South Carolina, for
Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerome Prezzy seeks to appeal the district court's orders denying his motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and his Fed. R. Civ. P. 59(e) motion to alter or amend the district court's judgment. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>United States v. Prezzy</u>, Nos. CR-95-430-5; CA-98-1329-5 (D.S.C. Aug. 20 & Sept. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>